1  Charles D. Oren, Esq. #103038
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4  Attorney for Plaintiff

5

6

7
                    IN THE UNITED STATES DISTRICT COURT FOR
8
                       THE EASTERN DISTRICT OF CALIFORNIA
9

10
   Lydia English                )
11                              )     1:07-CV-314 LJO DLB
                                )
12       Plaintiff,             )     STIPULATION AND ORDER
                                )
13 vs.                          )
                                )
14                              )
   Commissioner of Social       )
15 Security,                    )
                                )
16       Defendant.             )
   _____)
17

18
          IT IS HEREBY STIPULATED by and between the parties as follows: that
19
   appellant be granted a 30 day extension of time, until December 15, 2007, in which to file
20
   and serve Plaintiff's Opening brief.  All remaining actions under the scheduling order filed,
21
   February 26, 2007, shall proceed under the time limit guidelines set therein.
22
   / /
23
   / /
24
   / /
25
   / /
26
   / /
27

28

| | | |
|---|---|---|
| 1 | Dated:  November 15, 2007 | /s/ Charles D. Oren |
| 2 | | CHARLES D. OREN,<br>Attorney for Plaintiff. |
| 3 | Dated: December 5, 2007 | |
| 4 | | MCGREGOR SCOTT<br>United States Attorney |
| 5 | | |
| 6 | | By: /s/ Elizabeth Firer<br>(as authorized via facsimile)<br>ELIZABETH FIRER |
| 7 | | Assistant Regional Counsel |

IT IS SO ORDERED.

Dated:   **December 6, 2007**            **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE