IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

LYDIA ENGLISH,                              )        1:07cv0314 LJO DLB
                                            )
                                            )        ORDER DISCHARGING
                                            )        ORDER TO SHOW CAUSE
                  Plaintiff,                )
                                            )        (Document 16)
                                            )
                                            )
          vs.                               )
                                            )
JO ANNE BARNHART, Commissioner,             )
                                            )
                  Defendant.                )
_____       )

     On February 26, 2007, Plaintiff filed the present action for judicial review of the denial of

Social Security benefits.  On November 29, 2007, the Court issued an order to show cause why the

action should not be dismissed for Plaintiff's failure to file an opening brief.

     On December 5, 2007, the parties stipulated to extend time for the filing of Plaintiff's

opening brief.

     Accordingly, the order to show cause is DISCHARGED.

     IT IS SO ORDERED.

    **Dated:   December 6, 2007**                    _____**/s/ Dennis L. Beck**_____
                                                     UNITED STATES MAGISTRATE JUDGE

1