1  McGREGOR W. SCOTT
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   ELIZABETH FIRER
4  Special Assistant United States Attorney

5     333 Market Street, Suite 1500
      San Francisco, California 94105
6     Telephone:  (415) 977-8943
      Facsimile:  (415) 744-0134
7     E-Mail: Elizabeth.Firer@ssa.gov

8  Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| LYDIA ENGLISH,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Acting Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 1:07-CV-00314-LJO-DLB<br><br>STIPULATION AND ORDER TO EXTEND TIME |

    The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a FIRST extension of time of 30 days to respond to Plaintiff's motion for summary judgment up to and including February 22, 2008.  Due to an unusually heavy workload for the month of January, which has included 8 briefs due in four different courts between January 7 and 23, 2008, counsel for Defendant needs additional time to respond to Plaintiff's brief.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

///

///

///

///

1
2                                              Respectfully submitted,

3   Dated January 22, 2008,                    */s/ Charles D. Oren*
4                                              _____
                                               Charles D. Oren
5                                              (as authorized via email)
                                               Attorney at Law
6                                              Attorney for Plaintiff
7
8   Dated January 22, 2008,                    McGREGOR W. SCOTT
                                               United States Attorney
9                                              LUCILLE GONZALES MEIS
                                               Regional Chief Counsel, Region IX
10                                             Social Security Administration

11                              By:            /s/ *Elizabeth Firer*
12                                             _____
                                               Elizabeth Firer
13                                             Special Assistant U.S. Attorney

14                                             Attorneys for Defendant
15
16          IT IS SO ORDERED.

17          **Dated:   January 22, 2008**              **/s/ Dennis L. Beck**
                                                      _____
                                                      UNITED STATES MAGISTRATE JUDGE
18

2