1   McGREGOR W. SCOTT
    United States Attorney
2   LUCILLE GONZALES MEIS
    Regional Chief Counsel, Region IX
3   Social Security Administration
    ELIZABETH FIRER
4   Special Assistant United States Attorney

5       333 Market Street, Suite 1500
        San Francisco, California 94105
6       Telephone:  (415) 977-8943
        Facsimile:  (415) 744-0134
7       E-Mail: Elizabeth.Firer@ssa.gov

8   Attorneys for Defendant

9                        UNITED STATES DISTRICT COURT

10                      EASTERN DISTRICT OF CALIFORNIA

11                            **FRESNO DIVISION**

12  LYDIA ENGLISH,                          )
                                            )
13         Plaintiff,                       )       CIVIL NO. 1:07-CV-00314-LJO-DLB
                                            )
14             v.                           )       STIPULATION AND ORDER TO EXTEND
                                            )       TIME
15  MICHAEL J. ASTRUE,                      )
    Acting Commissioner of                  )
16  Social Security,                        )
                                            )
17         Defendant.                       )
                                            )
18  _____)

19         The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the

20  attached Order, that Defendant shall have a SECOND extension of time of 28 days to respond to

21  Plaintiff's motion for summary judgment up to and including March 21, 2008.  The Commissioner's

22  regional office currently has three full-time attorneys on extended leave for medical, professional and

23  military purposes, which has resulted in a significantly increased workload for the undersigned Assistant

24  United States Attorney.  In the months of January and February, she has had 16 briefs due in district

25  courts and an appellate brief due in the Ninth Circuit.  Counsel has also had to prepare for a Ninth

26  Circuit oral argument, and prepare an appeal recommendation, which involves very short and

27  uncontrollable due dates.  As a result of this work load, counsel needs additional time to respond to

28  Plaintiff's Opening Brief.

1    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

2                                              Respectfully submitted,

3
                                               */s/Senthiene Bosavanh*
4    Dated February 22, 2008,                  _____
                                               Sengthiene Bosavanh
5                                              (as authorized via telephone February 22, 2008)
                                               Attorney at Law
6
                                               Attorney for Plaintiff
7

8
     Dated February 22, 2008,                  McGREGOR W. SCOTT
9                                              United States Attorney
                                               LUCILLE GONZALES MEIS
10                                             Regional Chief Counsel, Region IX
                                               Social Security Administration
11
                                    By:
12                                              /s/ *Elizabeth Firer*

13                                             _____
                                               Elizabeth Firer
14                                             Special Assistant U.S. Attorney

15                                             Attorneys for Defendant

16
            IT IS SO ORDERED.
17
            **Dated:    February 25, 2008**              _____ **/s/ Dennis L. Beck** _____
18                                                      UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28

                                          2