1  McGREGOR W. SCOTT
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   ELIZABETH FIRER
4  Special Assistant United States Attorney

5     333 Market Street, Suite 1500
      San Francisco, California 94105
6     Telephone: (415) 977-8943
      Facsimile: (415) 744-0134
7     E-Mail: Elizabeth.Firer@ssa.gov

8  Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| LYDIA ENGLISH, ) | CIVIL NO. 1:07-CV-00314-LJO-DLB |
|    Plaintiff, ) | |
|       v. ) | STIPULATION AND ORDER TO EXTEND TIME |
| MICHAEL J. ASTRUE, ) Acting Commissioner of ) Social Security, ) | |
|    Defendant. ) | |

    The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a THIRD extension of time of 3 days to respond to Plaintiff's motion for summary judgment up to and including March 24, 2008. Due to an unusually heavy case load occasioned, in part, by staffing shortages at the Commissioner's Regional Office, the undersigned Assistant United States Attorney was unable to complete her response to Plaintiff's Opening Brief until today, March 24, 2008. The Commissioner's Responsive Brief has been filed along with this request for additional time.

///

///

///

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                      Respectfully submitted,

Dated March 24, 2008,

                                      */s/Senthiene Bosavanh*

                                      Sengthiene Bosavanh
                                      (as authorized via telephone March 21, 2008)
                                      Attorney at Law

                                      Attorney for Plaintiff

Dated March 24, 2008,                    McGREGOR W. SCOTT
                                      United States Attorney
                                      LUCILLE GONZALES MEIS
                                      Regional Chief Counsel, Region IX
                                      Social Security Administration

                      By:      */s/ Elizabeth Firer*

                                      Elizabeth Firer
                                      Special Assistant U.S. Attorney

                                      Attorneys for Defendant

IT IS SO ORDERED.

**Dated:** **March 25, 2008**          **/s/ Dennis L. Beck**
                                      UNITED STATES MAGISTRATE JUDGE