IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYDIA ENGLISH, ) | 1:07cv0314 LJO DLB |
| ) | |
| ) | ORDER ADOPTING FINDINGS AND |
| ) | RECOMMENDATION |
| Plaintiff, ) | |
| ) | (Document 31) |
| vs. ) | |
| ) | |
| COMMISSIONER OF SOCIAL ) | |
| SECURITY, ) | |
| ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

    On February 26, 2007, Plaintiff filed the present action for judicial review of the denial of Social Security benefits.

    On April 16, 2008, the Magistrate Judge issued Findings and Recommendation that Plaintiff's appeal be DENIED.  The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within fifteen (15) days.  Over fifteen days have passed and no objections have been filed.

    In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations dated April 16, 2008, is ADOPTED IN FULL;
2. Plaintiff's appeal is DENIED; and
3. The Clerk of Court is ORDERED to enter JUDGMENT for Defendant Michael J. Astrue and against Plaintiff Lydia English and to close this action.

This terminates this action in its entirety.

IT IS SO ORDERED.

Dated:   May 21, 2008              /s/ Lawrence J. O'Neill
                                   UNITED STATES DISTRICT JUDGE

2